# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LUCAS,<br><br>                    Petitioner,<br><br>vs.<br><br>JUDGE ADVOCATE GENERAL;<br>NAVAL CRIMINAL<br>INVESTIGATIVE SERVICES; and<br>DEPARTMENT OF THE NAVY,<br><br>                    Respondents. | CASE NO. 06-CV-1521 H (CAB)<br><br>ORDER DENYING MOTION FOR MODIFICATION OF THE RECORD |

On July 24, 2006, Petitioner David Lucas ("Petitioner") filed a pro se petition against Respondents Judge Advocate General, Naval Criminal Investigative Services, and the Department of the Navy, seeking the results of a DNA test allegedly performed by the Navy in 1989. (Doc. No. 1.) On August 29, 2006, Petitioner filed a motion indicating that the Court should construe his petition as a discovery request under Rule 27 of the Federal Rules of Civil Procedure, and not as a writ of habeas corpus. (Doc. No. 5.) On December 15, 2006, the Court denied Petitioner's petition as procedurally improper, and denied Petitioner's motion regarding how to construe his petition as moot. (Doc. No. 6.)

On February 2, 2007, Petitioner filed a motion requesting the Court modify the docket text regarding his previous motion on how the Court should construe his

1 | petition. (Doc. No. 10.) Also on February 2, 2007, Petitioner filed a notice of appeal. (Doc. No. 11.) The Court concludes that the docket accurately reflects Petitioner's motions. Accordingly, the Court **DENIES** Petitioner's motion to modify the docket.

IT IS SO ORDERED.

DATED: February 5, 2007

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:

David . Lucas
180728/3-55
100 Warrior Lane
Bessemer, AL 35023

U. S. Attorneys Office Southern District of California
Civil Division
880 Front Street
Suite 6253
San Diego, CA 92101